No. 02–10133. GOWANS v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10135. HENRY v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 02–10136. HOWARD v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 02–10137. HOCUTT v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10141. ISRAEL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–10146. HUTCHINSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–10150. CANTY v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–10152. KING v. COCKRELL, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10153. BOZMAN v. CITY OF ELYRIA, OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 02–10162. NIXON v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–10172. BRITT v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–10183. DISANTO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 02–10186. SWANKO v. WINN-DIXIE STORES, INC. C. A. 11th Cir. Certiorari denied.

No. 02–10190. PANKOV v. PRECISION INTERCONNECT, A DIVI-SION OF LUDLOW CO., LP. C. A. 9th Cir. Certiorari denied.